FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Jun 30, 2020
JAMES W. McCORMACK, CLERK
By: LaShawn Coleman D.C.
      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

V.                        Case No. 4:20-mj-00137-JTK-1

SHABAZZ NAEEM CARADINE                                          DEFENDANT

## ORDER OF DETENTION

The Defendant appeared with counsel on this date for an initial appearance on a criminal complaint. The Government requested detention. Defendant waived his right to a preliminary hearing and reserved his right to a bond hearing. Accordingly, Defendant is remanded to the custody of the United States Marshal.

While detained, Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, if feasible. Further, on order of the United States Court or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to the United States Marshal for a court appearance.

IT IS SO ORDERED this 30th day of June, 2020.

_____
UNITED STATES MAGISTRATE JUDGE