UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:20CR 00179 BSM |
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | |
| SHABAZZ NAEEM CARADINE | ) | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 7 2020
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  On or about June 24, 2020, the defendant,

SHABAZZ NAEEM CARADINE,

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

  1. Battery 1st degree and possession of firearms by certain persons, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-94-3358; and

  2. Possession of controlled substance with intent to deliver, in Pulaski County, Arkansas, Circuit Court in Case Number 60CR-90-2092.

B.  On or about June 24, 2020, in the Eastern District of Arkansas, the defendant,

SHABAZZ NAEEM CARADINE,

knowingly possessed, in and affecting commerce, a firearm, that is: a Charter Arms, .38 caliber revolver, bearing serial number 320299, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count 1 of this Indictment, the defendant, SHABAZZ NAEEM CARADINE, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]